JAP:MEB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JAMIE MCCAULEY-FOY a/k/a "Jessyka",

Defendant.

- - - - - - - - - - - - -X

**16M 0001**

REMOVAL TO THE
NORTHERN
DISTRICT
OF NEW YORK

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

CARMELO LANA, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

On or about December 16, 2015, an arrest warrant was issued by the United States District Court for the Northern District of New York commanding the arrest of defendant JAMIE MCCAULEY-FOY a/k/a "Jessyka" for Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  On December 16, 2015, an arrest warrant was issued by the United States District Court for the Northern District of New York, commanding the arrest of JAMIE MCCAULEY-FOY a/k/a "Jessyka" for Conspiracy to Commit Money Laundering, in violation

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h). A copy of the arrest warrant and the redacted indictment from the Northern District of New York are attached hereto as Exhibit A.

2. The defendant JAMIE MCCAULEY-FOY a/k/a "Jessyka" arrived at LaGuardia Airport from Canada on a Sky Regional flight at approximately 12:10 p.m. on January 2, 2016. Upon arriving at LaGuardia Airport, the defendant identified herself to Customs and Border Protection officers as JAMIE MCCAULEY-FOY. A short time later, I arrived at the airport, spoke to the defendant, and confirmed with her verbally that she was in fact JAMIE MCCAULEY-FOY. The defendant was placed under arrest. Following the defendant's arrest, I found that the defendant had a Canadian passport in her purse that is in her name, JAMIE MCCAULEY-FOY, and that has a photo that appears to be of her. Further, when questioned about the investigation, the defendant admitted to information related to the Northern District of New York investigation. Based upon the above, and a comparison of the defendant's pedigree information and the pedigree information provided in the Northern District of New York's arrest warrant, I determined that the defendant was the person wanted in the Northern District of New York.

WHEREFORE, your deponent respectfully requests that the defendant JAMIE MCCAULEY-FOY a/k/a "Jessyka" be removed to the Northern District of New York so that she may be dealt with according to law.

_____
CARMELO LANA
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
4th day of January, 2016

THE HON        s/ Reyes        ES, JR.
UNITED !                       DGE
EASTERN                        K

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

I, the undersigned Clerk of the Court, do hereby certif that this is a true correct and full copy of the original document on file in my custody

Total Page(s) 1

Dated 12/16/2015 Lawrence K. Baerman, Clerk
By Dawn Wright Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

United States of America
v.

JAMIE MCCAULEY-FOY a/k/a "Jessyka"

*Defendant*

Case No. 8:15-CR-355 (LEK)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMIE MCCAULEY-FOY a/k/a "Jessyka",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1956(a)(2)(A) and 1956(h)

Date: 12/16/2015

*Issuing officer's signature*

City and state: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____
Known aliases:  Jessyka
Last known residence:  442 Rue Des Pres, Rosemore, QC J7A 4B7
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth:  5/28/90
Social Security number: _____
Height: _____   Weight: _____
Sex: _____   Race: _____
Hair: _____   Eyes: _____
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 8:15-CR-355 (LEK) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | ) Violation(s):  18 U.S.C. §§ 1956(a)(2)(A) |
| | ) And 1956(h) |
| | ) Conspiracy to Commit Money |
| | ) Laundering |
| **JAMIE MCCAULEY-FOY a/k/a** | ) |
| **"Jessyka," and** | ) 1 Count & Forfeiture Allegation |
| ▮▮▮▮▮▮▮▮▮▮ | ) |
| | ) |
| **Defendants.** | ) County of Offense:  Clinton |

### THE GRAND JURY CHARGES:

**COUNT 1**
**[Conspiracy to Commit Money Laundering]**

Between in or about 2006 and in or about December, 2010, in Clinton County in the Northern District of New York, and elsewhere, the defendants,



**JAMIE MCCAULEY-FOY a/k/a "Jessyka," and**

▮▮▮▮▮▮▮▮▮▮▮

and others conspired to commit international money laundering, by transporting, transmitting, and transferring, and attempting to transport, transmit and transfer, one or more monetary instruments and funds from one or more places in the United States to and through one or more places outside the United States with the intent to promote the carrying on of specified unlawful activity, that is a business enterprise involving prostitution, in violation of the laws of the State of New York, in violation of Title 18, United States Code, Sections 1956(a)(2)(A).

## FORFEITURE ALLEGATION

1. The allegations contained Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1956 set forth in Count One of this Indictment, the defendants,

JAMIE MCCAULEY-FOY a/k/a "Jessyka," and

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

## MONEY JUDGMENT

A) A money judgment in the amount of no less than $2,900,000.00 in U.S. Currency.

1. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c).

Dated: December 16, 2015

A TRUE BILL,

*name redacted

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Douglas Collyer
Assistant United States Attorney
Bar Roll No. 519096

By: _____
Katherine Kopita
Assistant United States Attorney
Bar Roll No. 517944

3